UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE THOMAS NOVAK, #640624,

        Petitioner,

                                          CASE NO. 2:12-CV-11374
v.                                           HONORABLE DENISE PAGE HOOD

CINDI CURTIN,

        Respondent.
_____/

## **JUDGMENT**

        The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

        **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE.**


                                          S/Denise Page Hood
                                          Denise Page Hood
                                          United States District Judge

Dated: May 17, 2012

I hereby certify that a copy of the foregoing document was served upon George Novak, 640624, Oaks Correctional Facility, 1500 Caberfae Highway, Manistee, MI 49660 on May 17, 2012, by electronic and/or ordinary mail.

                                          S/LaShawn R. Saulsberry
                                          Case Manager